# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**VINNIE L. SMITH**             **PLAINTIFF**

v.          **No: 2:22-cv-43-DPM**

**FAMILY DOLLAR, INC. and**
**DOLLAR TREE, INC.**           **DEFENDANTS**

## ORDER

Katherine Church Campbell is on my recusal list. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Court directs the Clerk to reassign this case to Judge Miller, who has a related case (No. 2:22-cv-40-BSM).

So Ordered.

*/s/ W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 April 2022